# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **Lindsey R. Durgin,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:14-cv-00179-JRH-BKE |
| | ) | |
| **Security Finance of Georgia, LLC** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT ORDER STAYING LITIGATION AND COMPELLING ARBITRATION

This matter is before the Court on the Motion for Consent Order Staying Litigation and Compelling Arbitration submitted by Defendant Security Finance of Georgia, LLC ("Security Finance") and consented to by Plaintiff Lindsey R. Durgin ("Durgin").

Durgin commenced this action in this Court on September 9, 2014, asserting claims against Security Finance related to her employment with Security Finance. (ECF No. 1.) The parties agree that Durgin's claims in this action are covered by a mutually-binding mandatory arbitration provision in an agreement between the parties. Accordingly, Defendant requests and Plaintiff consents that the Court "stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement." 9 U.S.C. § 3.

The parties have conferred and consent to the terms of this Consent Order. Plaintiff has agreed to submit this dispute to final and binding arbitration in accordance with the written agreement between the parties.

Based on the motion of Defendant and consent of Plaintiff, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1. All proceedings in this litigation are hereby stayed pending the resolution of this matter through final and binding arbitration in accordance with 9 U.S.C. § 3.

2. Security Finance and Durgin are hereby ordered to submit the claims in this action to final and binding arbitration in accordance with the agreement between the parties.

ORDER ENTERED at Augusta, Georgia, this 5th day of January, 2015.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia