IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LINDSEY R. DURGIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 114-179 |
| | * | |
| SECURITY FINANCE OF | * | |
| GEORGIA, LLC, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

This matter is before the Court on its own initiative. On January 5, 2015, this matter was stayed pending arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*[1] (Doc. 5.) On December 15, 2015, Defendant filed a status report with the Court, stating that "all claims asserted in this litigation have been fully and finally resolved through binding arbitration." (Doc. 6, ¶ 4.) Defendant attached a copy of the arbitrator's order dated December 11, 2015, wherein the arbitrator dismissed Plaintiff's claims with prejudice. (Doc. 6-1.) Other than Defendant's status report, no substantive motions have been filed nor have any other substantive actions

---

[1] Plaintiff commenced this action in this Court on September 9, 2014, asserting claims against Defendant related to her employment with Defendant. (Doc. 1.) The parties thereafter agreed that Plaintiff's claims were subject to a mutually-binding mandatory arbitration provision in a written agreement between the parties. (Doc. 4, ¶ 4.) Accordingly, the parties were ordered to submit their dispute to final and binding arbitration in accordance with their written agreement. (Doc. 5.)

been taken in this Court since this matter was stayed pending arbitration. Moreover, neither party has applied to this Court for an order confirming, vacating, modifying, or correcting the arbitrator's order dated December 11, 2015.

In light of the foregoing, the Clerk of Court is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 3rd day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA